**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| PAUL HRYWNAK | : | Bankruptcy No. 5:22-bk-00211-MJC |
| aka Paul Hrywnak | | |
| | : | |
| Debtor | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010,

Brenda S. Bishop, Senior Deputy Attorney General, hereby enters an appearance on behalf of the

Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the

Court's electronic service list and to receive copies of all notices, pleadings, and other matters

filed herein.

DATE: March 16, 2022                                Respectfully submitted,

                                                    JOSH SHAPIRO
                                                    ATTORNEY GENERAL


COMMONWEALTH OF PENNSYLVANIA            BY: */s/ Brenda S. Bishop*
OFFICE OF ATTORNEY GENERAL              BRENDA S. BISHOP
15th Floor, Strawberry Square           Senior Deputy Attorney General
Harrisburg, PA 17120                    PA I.D. No. 91761
Tel: (717) 783-8035
Fax: (717) 772-4526                     KELI NEARY
E-mail: bbishop@attorneygeneral.gov     Exec. Deputy Attorney General
                                        Civil Law Division