In re:                                                                                  Case No. 22-00211-MJC

Paul Hrywnak, Jr.                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                    Page 1 of 2

Date Rcvd: Apr 01, 2022                        Form ID: ntnew341                            Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Hrywnak, Jr., 14 O'Hara Road, Moscow, PA 18444-6351 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5458762 | + | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5458763 | + | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5458764 | + | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5458766 | + | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5458767 | + | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5458768 | + | KAB Construction, Inc., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5458769 | + | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5458770 | #+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5458773 | + | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5458774 | + | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5458775 | ++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703 address filed with court:, Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5458777 | | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5458779 | + | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5458780 | + | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5458781 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5458782 | + | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5458760 | + | Email/Text: g20956@att.com | Apr 01 2022 18:41:00 | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5458759 | + | Email/Text: mnapoletano@ars-llc.biz | Apr 01 2022 18:41:00 | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5458761 | + | Email/Text: bnc-capio@quantum3group.com | Apr 01 2022 18:41:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5458765 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2022 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5458771 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2022 18:43:00 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5458772 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2022 18:42:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 5458775 | Email/Text: bankruptcies@penncredit.com | | |
| | | Apr 01 2022 18:41:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5458776 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Apr 01 2022 18:41:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5461060 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Apr 01 2022 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5458781 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 01 2022 18:41:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5458783 | Email/Text: bankruptcy@uscbcorporation.com | | |
| | | Apr 01 2022 18:41:00 | USCB Corporation, 101 Harrison St, Archbald PA 18403 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5458778 | ##+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brenda Sue Bishop | |
| | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania  Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| J. Zac Christman | |
| | on behalf of Debtor 1 Paul Hrywnak  Jr. zac@fisherchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Paul Hrywnak Jr.,                                    Chapter        13
aka Paul Hrywnak,

**Debtor 1**                                         Case No.       5:22−bk−00211−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: April 25, 2022<br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 1, 2022 |

ntnew341 (04/18)