UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL HRYWNAK, JR.
AKA: PAUL HRYWNAK

        Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE      CASE NO: 5-22-00211-MJC
        Movant

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 21, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on February 3, 2022.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
    - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
    - **CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

        Respectfully submitted,

        /s/ Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     PAUL HRYWNAK, JR.           CHAPTER 13
            AKA: PAUL HRYWNAK

CASE NO: 5-22-00211-MJC

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on February 3, 2022.

The Standing Chapter 13 Trustee, Jack N. Zaharopoulos, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

        **Date:**       **May 10, 2022**
        **Time:**       **09:30 AM**
        **Location:**   **U.S. Bankruptcy Court**
                           **Max Rosenn U.S. Courthouse**
                           **Courtroom #2**
                           **197 S. Main Street**
                           **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **May 5, 2022**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                                                  Respectfully submitted,

                                                                  /s/ Jack N. Zaharopoulos
                                                                   Standing Chapter 13 Trustee
                                                                   8125 Adams Drive, Suite A
                                                                   Hummelstown, PA  17036

Dated:  April 21, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL HRYWNAK, JR.
AKA: PAUL HRYWNAK

Debtor(s)

CHAPTER 13

CASE NO: 5-22-00211-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| J ZAC CHRISTMAN ESQUIRE<br>FISHER CHRISTMAN<br>556 MAIN STREET, SUITE 12<br>STROUDSBURG, PA 18360- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| PAUL HRYWNAK, JR.<br>14 O'HARA ROAD<br>MOSCOW, PA 18444 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2022

Respectfully submitted,

/s/ Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL HRYWNAK, JR.
AKA: PAUL HRYWNAK

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 5-22-00211-MJC

vs.

PAUL HRYWNAK, JR.
AKA: PAUL HRYWNAK

      Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.