United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Paul Hrywnak, Jr.  
    Debtor

Case No. 22-00211-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Apr 26, 2022      Form ID: pdf010      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Hrywnak, Jr., 14 O'Hara Road, Moscow, PA 18444-6351 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5469728 | | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5458762 | + | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5458763 | + | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5458764 | + | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5458766 | + | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5458767 | + | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5458768 | + | KAB Construction, Inc., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5458769 | + | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5458770 | #+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5458773 | + | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5458774 | + | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5458777 | | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5458779 | + | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5458780 | + | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5458781 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5458782 | + | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5458760 | + | Email/Text: g20956@att.com | Apr 26 2022 18:35:00 | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5458759 | + | Email/Text: mnapoletano@ars-llc.biz | Apr 26 2022 18:35:00 | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5458761 | + | Email/Text: bnc-capio@quantum3group.com | Apr 26 2022 18:35:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5469728 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2022 18:35:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5458765 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2022 18:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5458771 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2022 18:44:27 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5458772 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 26 2022 18:44:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5458775 | | Email/Text: bankruptcies@penncredit.com | Apr 26 2022 18:35:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5458776 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2022 18:35:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5461060 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2022 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5458781 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2022 18:35:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5458783 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 26 2022 18:35:00 | USCB Corporation, 101 Harrison St, Archbald PA 18403 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5458778 | ##+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| J. Zac Christman | on behalf of Debtor 1 Paul Hrywnak Jr. zac@fisherchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Paul Hrywnak Jr., aka Paul Hrywnak, | Chapter: | 13 |
|---|---|---|
| **Debtor 1** | Case No.: | 5:22-bk-00211-MJC |

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 25, 2022